Fanny Cary, Named in the Summons and Complaint Herein as Fannie Ritter, Respondent, v. Robert Given, Jr., Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Helen Gibbons, an Infant, by Tobias Gibbons, Her Guardian ad Litem, Respondent, v. Brooklyn Union Elevated Railroad Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ..

Hugo C. Gibson and Harrison H. Boyce, Appellants, v. Frank Healy and Raymond Healy, Respondents.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Eugene Horton, Appellant, v. Daniel D. Stever, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of the Application of Robert R. Lawson, Appellant, v. Edward Lazansky and Others, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Thomas, Carr and Woodward, JJ.

In the Matter of the Application of Samuel Widder, Appellant, v. Edward Lazansky and Others, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

John McCann and Theodore Kauffeld, as Executors, etc., of John Sullivan, Deceased, Respondents, v. James Sullivan, Appellant, Impleaded with Julia T. Dougherty and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

William Owens, Respondent, v. John Owens and Others, Defendants, Impleaded with Margaret Freer, Appellant.— Order affirmed, with ten dollars costs and disbursements to abide the final award of costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. John Maloney, Appellant, v. Edward Lazansky and Others, etc., Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.